# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 3, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

142465 & (49)

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellant,

v

       SC:   142465
       CoA: 293319
       Lapeer CC: 08-009774-FC

VICTOR MANUEL ANDRADE,
       Defendant-Appellee.
_____

      On order of the Chief Justice, a stipulation signed by the attorneys for the parties agreeing to the dismissal of this application for leave to appeal is considered and, IT IS HEREBY ORDERED that the application for leave to appeal is DISMISSED with prejudice and without costs.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 3, 2011                                      _____
                                                  Clerk